COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Raul Rodriguez v. The State of Texas

Appellate case number:   01-12-00688-CR

Trial court case number:  1348372

Trial court:             178th District Court of Harris County

Appellant's Unopposed Motion to Amend His Appellate Brief is GRANTED. *See* TEX. R. APP. P. 38.7. Appellant is ORDERED to file his amended brief within 30 days of the date of this order. The brief shall not exceed 25,000 words. *See* TEX. R. APP. P. 9.4(i)(4).

The State is ORDERED to file its responsive brief within 30 days of the date appellant files his amended brief. The State's brief shall not exceed 25,000 words. *See* TEX. R. APP. P. 9.4(i)(4).

The Court appreciates that the record is voluminous and that the appellant raises numerous issues; nevertheless, further requests for extensions of time will be looked upon unfavorably, absent extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

The State's Motion for Reconsideration of Order Striking State's Brief is DISMISSED as moot.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle

                     ☑ Acting individually    ☐ Acting for the Court


Date: October 10, 2013